GLORIA DEBEVOISE SPRECKELS, an Infant, by MAY DEBEVOISE, Her Guardian ad Litem, Respondent, v. ADOLPH SPRECKELS, JR., Appellant.— Action for separation. Order denying motion of defendant, appearing specially, to vacate and set aside service of summons and for judgment dismissing the action, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

BENO A. VON HENSLER, Appellant, v. PERCY ADAMSON, Respondent.— Order granting defendant's motion for judgment dismissing the amended complaint, under rule 106 of the Rules of Civil Practice, for insufficiency, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve a further amended complaint within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING SHAPIRO, Appellant.— Judgment convicting defendant of violation of section 975 of the Penal Law (possession of policy slips) unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN MCMURROUGH, Appellant.— Judgment convicting defendant of the crime of manslaughter in the first degree unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

SALLY SCHAPIRA, Respondent, v. AMEREX HOLDING CORP. and ALBERT H. WIGGIN, Appellants, Impleaded with Others.— Orders denying the respective motions of defendants-appellants to dismiss the second cause of action alleged in the amended complaint and to direct plaintiff to separately state and number the first alleged cause of action and to strike out certain portions of the amended complaint as irrelevant, etc., affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Glennon, Untermyer and Dore, JJ.; Untermyer, J., dissents and votes to modify by requiring the plaintiff to separately state and number the causes of action contained in the first alleged cause of action.

JOSEPH O. RIVET, Suing as the Holder of a Bond Executed by the One West 57th Street Corporation, on Behalf of Himself and All Other Holders of Said Bonds, Similarly Situated, Appellant, v. THE COLONIAL TRUST COMPANY, Respondent, Impleaded with Others.— Order granting motion of defendant-respondent for judgment dismissing the complaint as to said defendant unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

HIRSCH CAHN and Another, Appellants, v. THE NATIONAL CITY BANK OF NEW YORK, Respondents.— The complaint alleges that on December 19, 1917, the defendant bank, at New York city, " received and collected for the use and benefit of the plaintiffs from or through Helsingfors Aktiebank, Helsingfors, Finland," the sum of $25,000 which " defendant promised to pay to the plaintiff," but failed to do so, although duly demanded. Judgment and order denying plaintiffs' motion for the issuance of a commission unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.